UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 15-01972 SJO (AGRx)      **DATE:** October 30, 2015

**TITLE:** Kathleen Shepard v. Kohls Corporation

================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                           Not Present
Courtroom Clerk                             Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                       Not Present

================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the STIPULATION to Dismiss Case filed by Plaintiff Kathleen Shepard.[27] filed 10/28/2015. Accordingly, the Court Orders this matter dismissed pursuant to the STIPULATION to Dismiss Case.